UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERISE MCMILLAN,

     Plaintiff,

                                  Case No. 26-cv-11052

v.                                Honorable Linda V. Parker

OPTALIS HEALTHCARE,

     Defendant.

_____/

### OPINION AND ORDER SUMMARILY DISMISSING PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO 28 U.S.C. § 1915(e)(2)

On March 31, 2026, Plaintiff filed this lawsuit against Defendant and an application to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915.  In the Complaint, Plaintiff asserted claims against Defendant under Title VII of the Civil Rights Act of 1964 ("Title VII") and the American Disabilities Act ("ADA"). The Court granted Plaintiff's IFP application but required her to file an amended complaint because the original pleading failed to allege the basis for the alleged discrimination or facts suggesting her termination was because of her membership in a protected class.  (*See* ECF No. 4.)  Further, the facts as alleged suggested that any failure to accommodate Plaintiff's physical limitations—which she failed to identify—occurred before Defendant became her employer.  (*Id*.)

Plaintiff filed an Amended Complaint on April 20.  (ECF No. 6.)  Plaintiff now alleges only a violation of the ADA.  The allegations still reflect, however, that any failure to provide reasonable accommodations to some unidentified physical limitation occurred while Plaintiff was employed by "SKLD Bloomfield" and before Defendant took over operations.  Accordingly, the Amended Complaint still fails to plead a plausible ADA claim against Defendant.

Accordingly,

**IT IS ORDERED** that Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §1915(e)(2).

s/ Linda V. Parker
LINDA  V. PARKER
U.S. DISTRICT JUDGE

Dated: April 22, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, April 22, 2026, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager

2